# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JERRY T. ONEAL,**

              **Plaintiff,**

**-vs-**                   **Case No. 6:11-cv-1741-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

              **Defendant.**

_____

## ORDER

On November 4, 2011, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 4), recommending that Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) be DENIED. Plaintiff filed timely objections to the Report (Doc. 6). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Application to Proceed in District Court without Prepaying Fees or Costs is DENIED, without prejudice. If Plaintiff wishes to file an amended complaint, he must do so by December 20, 2011, and the amended complaint must abide by the dictates of the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 5, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE